1  Michael J. Gearin, WSBA # 20982
   David C. Neu, WSBA # 33143
2  Brian T. Peterson, WSBA # 42088
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  (206) 623-7580

Honorable Christopher M. Alston
Chapter 11

5

6

7
                    UNITED STATES BANKRUPTCY COURT
8                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
9

10  In re:

Case No. 16-11767-CMA

11

NORTHWEST TERRITORIAL MINT LLC,
12
                              Debtor.
13

14
DAVID T. ACHORD, an individual,

Adv. Proc. No. 16-01167-CMA

15
                              Plaintiff,
16
            v.

**NOTICE OF APPEARANCE**

17
NORTHWEST TERRITORIAL MINT LLC
18
                              Defendant.
19

20

21      K&L Gates LLP and Michael J. Gearin and Brian T. Peterson hereby appear as counsel for

22  the Mark Calvert, the Chapter 11 Trustee for Defendant Northwest Territorial Mint LLC (the

23  "Trustee") in the above-referenced adversary proceeding and request that all notices, pleadings, and

24  informational filings sent to any person or entity in connection with this proceeding subsequent to

25

26

NOTICE OF APPEARANCE - 1

K:\2070651\00001\20892_MJG\20892P25E9

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to the

2  attorneys for the Trustee as follows:

3
                                    Michael J. Gearin
4                                   Brian T. Peterson
                                    K&L GATES LLP
5                          925 Fourth Avenue, Suite 2900
                               Seattle, WA 98104-1158
6                          Telephone:     (206) 623-7580
                           Facsimile:     (206) 623-7022
7                    Email:  michael.gearin@klgates.com
                           brian.peterson@klgates.com
8                          bankruptcyecf@klgates.com

9
        DATED this 13th day of July, 2016.
10

11                                  K&L GATES LLP

12

13                                  By  */s/ Michael J. Gearin*
                                        Michael J. Gearin, WSBA #20982
14                                      David C. Neu, WSBA #33143
                                        Brian T. Peterson, WSBA #42088
15                                  Attorneys for Mark Calvert, Chapter 11 Trustee

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

K:\2070651\00001\20892_MJG\20892P25E9

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on July 13, 2016, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing and on the Plaintiff as indicated below:

David T. Achord
Executive Suite
4025 Camino Del Rio S, Suite 100
San Diego, CA 92108
Email: info@sdinjurylaw.com

*Plaintiff*

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via email
☐ via electronic court filing
☐ via hand delivery

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 13th day of July, 2016 at Seattle, Washington.

*/s/ Denise A. Evans*
Denise A. Evans

NOTICE OF APPEARANCE - 3

K:\2070651\00001\20892_MJG\20892P25E9

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-01167-CMA    Doc 3    Filed 07/13/16    Ent. 07/13/16 16:22:03    Pg. 3 of 3