FILED
2016 JUL 11 AM 10:56
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | Chapter 11 |
| NORTHWEST TERRITORIAL MINT LLC, | |
| Debtor. | Case No. 16-11767-CMA |
| DAVID T. ACHORD, an individual, | |
| Plaintiff, | Adversary Proceeding No._____ |
| v. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| NORTHWEST TERRITORIAL MINT LLC, | |
| Defendant. | |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands trial by jury in this action of all issues so triable.

Dated: 07/07/16.

David T. Achord, *Pro Se*
Executive Suite
4025 Camino Del Rio S, Suite 100
San Diego, CA 92108
(619) 338-8230

1
PLAINTIFF'S DEMAND FOR JURY TRIAL