# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> NORTHWEST TERRITORIAL MINT LLC, <br><br> Debtor. | Case No. 16-11767-CMA |
| DAVID T. ACHORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST TERRITORIAL MINT LLC <br><br> Defendant. | Adv. Proc. No. 16-01167-CMA <br><br> ORDER GRANTING TRUSTEE'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE |

This matter came before the Court on the Chapter 11 Trustee's Motion to Dismiss Complaint with Prejudice (the "Motion"). Having considered the Motion, the responses and replies thereto, if any, and the pleadings and papers herein, **THE COURT HEREBY FINDS** that notice of the Motion was sufficient and that good cause exists for the relief requested in the Motion.

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
COMPLAINT WITH PREJUDICE - 1

K:\2070561\00001\22732_BTP\22732P320M

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-01167-CMA    Doc 6-1    Filed 08/11/16    Ent. 08/11/16 16:30:19    Pg. 1 of 2

Now therefore, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**;

2. The Plaintiff's Complaint and all claims asserted therein are **DISMISSED WITH PREJUDICE**; and

3. The Trustee may, by separate motion, apply for fees and costs pursuant to Fed. R. Bankr. P. 7011.

///END OF ORDER///

Presented by:

K&L GATES LLP

*/s/ Michael J. Gearin*
   Michael J. Gearin, WSBA #20982
   David C. Neu, WSBA #33143
   Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Chapter 11 Trustee

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
COMPLAINT WITH PREJUDICE - 2

K:\2070561\00001\22732_BTP\22732P320M

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 16-01167-CMA    Doc 6-1    Filed 08/11/16    Ent. 08/11/16 16:30:19    Pg. 2 of 2